PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER D. BAKER
LAURA JEAN BERGER
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING VARIOUS PROPERTY AND THINGS. | CASE NO.:  5:20-SW-147-JLT<br>5:21-SW-11-JLT<br>5:21-SW-12-JLT<br>5:21-SW-15-JLT<br>5:21-SW-16-JLT<br>5:21-SW-26-JLT<br>5:21-SW-27-JLT<br><br>REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

## REQUEST TO UNSEAL

The search warrants in the above-captioned matters were executed during the course of a criminal investigation and ordered to remain under seal until further Order of the Court. Follow-up investigation related to these properties and things has culminated in the return by a grand jury of an indictment dated April 8, 2021. As a result, there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly, the United States asks that the Court order that the search warrants, search warrant affidavits, and related case filings be unsealed.

Dated: April 9, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  */s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING VARIOUS PROPERTY AND THINGS. | CASE NO:   5:20-SW-147-JLT<br>5:21-SW-11-JLT<br>5:21-SW-12-JLT<br>5:21-SW-15-JLT<br>5:21-SW-16-JLT<br>5:21-SW-26-JLT<br>5:21-SW-27-JLT<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

IT IS SO ORDERED.

Dated:  **April 9, 2021**             _ /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS